UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELA NAILS,                  )
                                    )
          Plaintiff,          )
                                      )
       v.                 )         Civil Action No. 24-1884 (UNA)
                                      )
THE CARLYLE GROUP GLOBAL, *et al.*,    )
                                    )
         Defendants.     )

## <u>MEMORANDUM OPINION</u>

This matter is before the court on consideration of plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The Court grants the application and, for the reasons discussed below, dismisses the complaint.

Plaintiff, a resident of Savannah, Georgia, *see* Compl. at 4, alleges that, on November 23, 2022, she sustained an injury while shopping at a Dollar Tree store in an unspecified location, *see generally id*. at 1-3. Subsequently, she alleges, she filed a claim, presumably to be handled by defendant Sedgwick Claims Management Services, Inc., provided supporting documents upon request, and has received no response to her inquiries as to the status of her claim. *See id*. at 1-2.

Plaintiff invokes 18 U.S.C. § 2255, which in relevant part provides:

> Any person who, while a minor, was a victim of a violation of section 1589, 1590, 1591, 2241(c), 2242, 2243, 2251, 2251A, 2252, 2252A, 2260, 2421, 2422, or 2423 of this title and who suffers personal injury as a result of such violation, regardless of whether the injury occurred while such person was a minor, may sue in any appropriate United States District Court and shall recover the actual damages such person sustains or liquidated damages in the amount of $150,000, and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred. The

> court may also award punitive damages and such other preliminary
> and equitable relief as the court determines to be appropriate.

18 U.S.C. § 2255(a).  It does not appear that the statute applies in this case.  Plaintiff is not alleged to be a minor, or a victim of any of the enumerated federal criminal statutes, and the complaint does not demand damages.  Thus, the complaint fails to state a claim under 18 U.S.C. § 2255, and it will be dismissed.  A separate order accompanies this Memorandum Opinion.

DATE: July 24, 2024                                    TREVOR N. McFADDEN
                                                                  United States District Judge